## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MELANIE LYN OUTEN,<br>TED ALEXANDER VOSS,<br>DENNIS JAMES MILLER,<br>MICHAEL DEAN SMITH, AND<br>JARED JUDY,<br><br>**Defendants.** | Criminal No. 3:19 cr 40<br><br>Violations:<br><br>18 U.S.C. § 2<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |

### INDICTMENT

**FILED**

**JUN 18 2019**

The Grand Jury charges that:

U.S. DISTRICT COURT
ELKINS WV 26241

### COUNT ONE

**(Conspiracy to Possess with Intent to Distribute Fentanyl)**

From on or about the 1st day of January, 2019, and concluding on the date of the return of the indictment, in Grant County, in the Northern District of West Virginia, and elsewhere, defendants **MELANIE LYN OUTEN** and **DENNIS JAMES MILLER** and **TED ALEXANDER VOSS** and **MICHAEL DEAN SMITH** and **JARED JUDY**, did unlawfully, knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with the intent to distribute forty (40) grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B), and 846.

## COUNT TWO

**(Aiding and Abetting Possession with Intent to Distribute Fentanyl)**

On or about April 10, 2019, in Jefferson County, in the Northern District of West Virginia, defendants **MELANIE LYN OUTEN** and **TED ALEXANDER VOSS,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority possess with the intent to distribute forty (40) grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT THREE

### (Distribution of Methamphetamine)

On or about April 26, 2019, in Grant County, in the Northern District of West Virginia, defendant **DENNIS JAMES MILLER**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for $225 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT FOUR**

**(Distribution of Heroin)**

On or about April 26, 2019, in Grant County, in the Northern District of West Virginia, defendant **DENNIS JAMES MILLER**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

### (Distribution of Heroin)

On or about May 10, 2019, in Grant County, in the Northern District of West Virginia, defendant **DENNIS JAMES MILLER**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in exchange for $100 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

### (Aiding and Abetting Possession with Intent to Distribute Methamphetamine)

On or about May 15, 2019, in Berkeley County, in the Northern District of West Virginia, defendants **DENNIS JAMES MILLER** and **TED ALEXANDER VOSS** and **MICHAEL DEAN SMITH** and **JARED JUDY**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

Timothy D. Helman
Assistant United States Attorney